UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| BAO YU YANG,<br>*on his own behalf and on behalf of others similarly situated*<br><br>Plaintiff,<br><br>v.<br><br>JC MASTER NIU INC<br>    d/b/a Taste of North China;<br>XIN LI NIU<br>    a/k/a Xinli Niu<br>    a/k/a Linda Niu,<br>WANG ZIXIN<br>    a/k/a Wang Zi Xin, and<br>ALEX "DOE"<br><br>Defendants- Third Party Plaintiffs.<br><br>v.<br><br>TASTE OF NORTH CHINA, LTD.<br>d\b\a Taste of North China,<br>NEW TASTE OF NORTH CHINA INC.<br>d\b\a Taste of North China,<br>NORTH CHINA RESTAURANT, INC.<br>d\b\a Taste of North China,<br>YONGBIN SUN,<br>QIMIN CAI,<br>JIANGO ZHAO,<br>" JOHN" WANG,<br><br>Third Party Defendants. | **ANSWER, AFFIRMATIVE DEFENSES AND THIRD-PARTY COMPLAINT**<br><br>2:21-cv-15394-CCC-JBC |

Defendants JC MASTER NIU INC d\b\a Taste of North China, XIN LI NIU a\k\a Xinli Niu, a\k\a Linda Niu, WANG ZIXIN a\k\a Wang Zi Xin, and ALEX" DOE" (collectively "Defendants") by way of Answer to the Complaint state:

1

## INTRODUCTION

1. Paragraph one states legal conclusions to which no response is required. To the extent a response is required, Defendants deny the allegations of paragraph one and leave Plaintiff to his proofs.

2. Paragraph two states legal conclusions to which no response is required. To the extent a response is required, Defendants deny the allegations of paragraph two and leave Plaintiff to his proofs.

3. Defendants deny the allegations of paragraph three and leave Plaintiff to his proofs.

4. Defendants deny the allegations of paragraph four and leave Plaintiff to his proofs.

## JURISDICTION AND VENUE

5. Paragraph five states legal conclusions to which no response is required. To the extent a response is required, Defendants deny the allegations of paragraph five and leave Plaintiff to his proofs.

6. Paragraph six states legal conclusions to which no response is required. To the extent a response is required, Defendants deny the allegations of paragraph six and leave Plaintiff to his proofs.

## PLAINTIFF

7. Defendants deny the allegations of paragraph seven and leave Plaintiff to his proofs.

## DEFENDANT

**Corporate Defendant**

8. Defendants admit the allegations of paragraph eight.

9. Defendants deny the allegations of paragraph nine and leave Plaintiff to his proofs.

10. Defendants deny the allegations of paragraph ten and leave Plaintiff to his proofs.

**Corporate Non-Defendants**

11. The allegations of paragraph eleven are not directed to the answering Defendants and therefore no response is required.

12. The allegations of paragraph twelve are not directed to the answering Defendants and therefore no response is required.

13. The allegations of paragraph thirteen are not directed to the answering Defendants and therefore no response is required.

**Owner/Operator Defendants**

14. Defendants deny the allegations of paragraph fourteen and leave Plaintiff to his proofs.

15. Defendants deny the allegations of paragraph fifteen and leave Plaintiff to his proofs.

16. Paragraph sixteen states legal conclusions to which no response is required. To the extent a response is required, Defendants deny the allegations of paragraph sixteen and leave Plaintiff to his proofs.

17. Defendants deny the allegations of paragraph seventeen and leave Plaintiff to his proofs.

18. Paragraph eighteen states legal conclusions to which no response is required. To the extent a response is required, Defendants deny the allegations of paragraph eighteen and leave Plaintiff to his proofs.

19. Defendants deny the allegations of paragraph nineteen and leave Plaintiff to his proofs.

20. Paragraph twenty states legal conclusions to which no response is required. To the extent a response is required, Defendants deny the allegations of paragraph twenty and leave Plaintiff to his proofs.

**Owner/Operator Non-Defendants**

21. The allegations of paragraph twenty-one are not directed to the answering Defendants and therefore no response is required.

22. The allegations of paragraph twenty-two are not directed to the answering Defendants

and therefore no response is required.

23. The allegations of paragraph twenty-three are not directed to the answering Defendants and therefore no response is required.

24. The allegations of paragraph twenty-four are not directed to the answering Defendants and therefore no response is required.

25. The allegations of paragraph twenty-five are not directed to the answering Defendants and therefore no response is required.

26. The allegations of paragraph twenty-six are not directed to the answering Defendants and therefore no response is required.

27. The allegations of paragraph twenty-seven are not directed to the answering Defendants and therefore no response is required.

28. The allegations of paragraph twenty-eight are not directed to the answering Defendants and therefore no response is required.

## STATEMENT OF FACTS

### Corporate Defendant is a Successor to Corporate Non-Defendant

29. Defendants deny the allegations of paragraph twenty-nine and leave Plaintiff to his proofs.

30. Paragraph thirty states legal conclusions to which no response is required. To the extent a response is required, Defendants deny the allegations of paragraph thirty and leave Plaintiff to his proofs.

31. Defendants deny the allegations of paragraph thirty-one and leave Plaintiff to his proofs.

32. Defendants deny the allegations of paragraph thirty-two and leave Plaintiff to his proofs.

33. Defendants deny the allegations of paragraph thirty-three and leave Plaintiff to his proofs.

34. Defendants deny the allegations of paragraph thirty-four and leave Plaintiff to his proofs.

35. The allegations of paragraph thirty-five are not directed to the answering Defendants and therefore no response is required. To the extent a response is required, answering Defendants deny the allegations of paragraph thirty-five and leave Plaintiff to his proofs.

36. Defendants deny the allegations of paragraph thirty-six and leave Plaintiff to his proofs.

### **Wage and Hour Claims**

37. Paragraph thirty-seven states legal conclusions to which no response is required. To the extent a response is required, Defendants deny the allegations of paragraph thirty-seven and leave Plaintiff to his proofs.

38. Paragraph thirty-eight states legal conclusions to which no response is required. To the extent a response is required, Defendants deny the allegations of paragraph thirty-eight and leave Plaintiff to his proofs.

39. Paragraph thirty-nine states legal conclusions to which no response is required. To the extent a response is required, Defendants deny the allegations of paragraph thirty-nine and leave Plaintiff to his proofs.

40. Paragraph forty states legal conclusions to which no response is required. To the extent a response is required, Defendants deny the allegations of paragraph forty and leave Plaintiff to his proofs.

41. Defendants deny the allegations of Paragraph forty-one and leave Plaintiff to his proofs.

42. Defendants deny the allegations of Paragraph forty-two and leave Plaintiff to his proofs.

43. Paragraph forty-three states legal conclusions to which no response is required. To the extent a response is required, Defendants deny the allegations of paragraph forty-three and leave Plaintiff to his proofs.

44. Paragraph forty-four states legal conclusions to which no response is required. To the extent a response is required, Defendants deny the allegations of paragraph forty-four and leave

Plaintiff to his proofs.

**Plaintiff Bao Yu Yang**

45.     Defendants do not have sufficient knowledge or information to form a belief as to the allegations of paragraph forty-five and leave Plaintiff to his proofs.

46.     Defendants do not have sufficient knowledge or information to form a belief as to the allegations of paragraph forty-six and leave Plaintiff to his proofs.

47.     Defendants do not have sufficient knowledge or information to form a belief as to the allegations of paragraph forty-seven and leave Plaintiff to his proofs.

48.     Defendants do not have sufficient knowledge or information to form a belief as to the allegations of paragraph forty-eight and leave Plaintiff to his proofs.

49.     Defendants do not have sufficient knowledge or information to form a belief as to the allegations of paragraph forty-nine and leave Plaintiff to his proofs.

50.     Defendants do not have sufficient knowledge or information to form a belief as to the allegations of paragraph fifty and leave Plaintiff to his proofs.

51.     Defendants do not have sufficient knowledge or information to form a belief as to the allegations of paragraph fifty-one and leave Plaintiff to his proofs.

52.     Defendants do not have sufficient knowledge or information to form a belief as to the allegations of paragraph fifty-two and leave Plaintiff to his proofs.

53.     Defendants do not have sufficient knowledge or information to form a belief as to the allegations of paragraph fifty-three and leave Plaintiff to his proofs.

54.     Defendants do not have sufficient knowledge or information to form a belief as to the allegations of paragraph fifty-four and leave Plaintiff to his proofs.

55.     Defendants do not have sufficient knowledge or information to form a belief as to the allegations of paragraph fifty-five and leave Plaintiff to his proofs.

56. Defendants do not have sufficient knowledge or information to form a belief as to the allegations of paragraph fifty-six and leave Plaintiff to his proofs.

57. Defendants deny the allegations of paragraph fifty-seven.

## COLLECTIVE ACTION ALLEGATIONS

58. Paragraph fifty-eight states legal conclusions to which no response is required. To the extent a response is required, Defendants deny the allegations of paragraph fifty-eight.

## CLASS ACTION ALLEGATIONS

59. Paragraph fifty-nine states legal conclusions to which no response is required. To the extent a response is required, Defendants deny the allegations of paragraph fifty-nine.

60. Paragraph sixty states legal conclusions to which no response is required. To the extent a response is required, Defendants deny the allegations of paragraph sixty.

61. Paragraph sixty-one states legal conclusions to which no response is required. To the extent a response is required, Defendants deny the allegations of paragraph sixty-one.

**Numerosity**

62. Paragraph sixty-two states legal conclusions to which no response is required. To the extent a response is required, Defendants deny the allegations of paragraph sixty-two.

**Commonality**

63. Paragraph sixty-three states legal conclusions to which no response is required. To the extent a response is required, Defendants deny the allegations of paragraph sixty-three.

**Typicality**

64. Paragraph sixty-four states legal conclusions to which no response is required. To the extent a response is required, Defendants deny the allegations of paragraph sixty-four.

**Adequacy**

65. Paragraph sixty-five states legal conclusions to which no response is required. To the extent a response is required, Defendants deny the allegations of paragraph sixty-five.

**Superiority**

66. Paragraph sixty-six states legal conclusions to which no response is required. To the extent a response is required, Defendants deny the allegations of paragraph sixty-six.

67. Paragraph sixty-seven states legal conclusions to which no response is required. To the extent a response is required, Defendants deny the allegations of paragraph sixty-seven.

## STATEMENT OF CLAIMS

### COUNT I

**[Violations of the Fair Labor Standards Act – Failure to Pay Unpaid Wages Brought on behalf of the Plaintiff and the FLSA Collective]**

68. Defendants repeat and reallege the responses to prior paragraphs as though set forth at full length herein.

69. Defendants deny the allegations of paragraph sixty-nine and leave Plaintiff to his proofs.

70. Paragraph seventy states legal conclusions to which no response is required. To the extent a response is required, Defendants deny the allegations of paragraph seventy.

71. Defendants deny the allegations of paragraph seventy-one and leave Plaintiff to his proofs.

### COUNT II

**[Violation of New Jersey Wage and Hour Law – Failure to Pay Minimum Wage Brought on behalf of Plaintiff and Rule 23 Class]**

72. Defendants repeat and reallege the responses to prior paragraphs as though set forth at full length herein.

73. Defendants deny the allegations of paragraph seventy-three and leave Plaintiff to his proofs.

74. Defendants deny the allegations o paragraph seventy-four and leave Plaintiff to his proofs.

75. Paragraph seventy-five states legal conclusions to which no response is required. To the extent a response is required, Defendants deny the allegations of paragraph seventy-five.

76. Paragraph seventy-six states legal conclusions to which no response is required. To the extent a response is required, Defendants deny the allegations of paragraph seventy-six.

### COUNT III

**[Violations of the Fair Labor Standards Act – Failure to Pay Overtime Brought on behalf of the Plaintiff and the FLSA Collective]**

77. Defendants repeat and reallege the responses to the prior paragraphs as though set forth at full length herein.

78. Paragraph seventy-eight states legal conclusions to which no response is required. To the extent a response is required, Defendants deny the allegations of paragraph seventy-eight.

79. Paragraph seventy-nine states legal conclusions to which no response is required. To the extent a response is required, Defendants deny the allegations of paragraph seventy-nine.

80. Paragraph eighty states legal conclusions to which no response is required. To the extent a response is required, Defendants deny the allegations of paragraph eighty.

81. Paragraph seventy-six states legal conclusions to which no response is required. To the extent a response is required, Defendants deny the allegations of paragraph seventy-six.

82. Paragraph eighty-two states legal conclusions to which no response is required. To the extent a response is required, Defendants deny the allegations of paragraph eighty-two.

83. Paragraph eighty-three states legal conclusions to which no response is required. To the extent a response is required, Defendants deny the allegations of paragraph eighty-three.

84. Paragraph eighty-four states legal conclusions to which no response is required. To the extent a response is required, Defendants deny the allegations of paragraph eighty-four.

### COUNT IV

**[Violation of New Jersey Wage and Hour Law-Failure to Pay Overtime Brought on behalf**

of Plaintiff and Rule 23 Class]

85.     Defendants repeat and reallege the responses to the prior paragraphs as though set forth at full length herein.

86.     Paragraph eighty-six states legal conclusions to which no response is required. To the extent a response is required, Defendants deny the allegations of paragraph eighty-six.

87.     Paragraph eighty-seven states legal conclusions to which no response is required. To the extent a response is required, Defendants deny the allegations of paragraph eighty-seven.

88.     Paragraph eighty-eight states legal conclusions to which no response is required. To the extent a response is required, Defendants deny the allegations of paragraph eighty-eight.

## COUNT V

**[Breach of Implied Contract for Reimbursement of all Costs and Expenses of Electric Delivery Vehicle, including Depreciation, Insurance, Maintenance and Repairs Brought on behalf of the Plaintiff and the Class]**

89.     Defendants repeat and reallege the responses to prior paragraphs as though set forth at full length herein.

90.     Defendants deny the allegations of paragraph ninety and leave Plaintiff to his proofs.

91.     Defendants deny knowledge and information sufficient to form a belief as to the allegations of paragraph ninety-one.

92.     Defendants deny the allegations of paragraph ninety-two and leave Plaintiff to his proofs.

93.     Defendants deny knowledge and information sufficient to form a belief as to the allegations of paragraph ninety-three.

94.     Defendants deny the allegations of paragraph ninety-four and leave Plaintiff to his proofs.

95.     Defendants deny the allegations of paragraph ninety-five and leave Plaintiff to his proofs.

96.     Defendants deny the allegations of paragraph ninety-six and leave Plaintiff to his proofs.

97.     Defendants deny the allegations of paragraph ninety-seven and leave Plaintiff to his

proofs.

## PRAYER FOR RELIEF

Defendants deny each and every subparagraph of the Prayer for Relief and that Plaintiff is entitled to any of the relief sought.

## DEMAND FOR JURY TRIAL

Pursuant to Federal Rule of Civil Procedure 38 (b) (1), Defendants hereby demand a trial by jury on all issues so triable in this matter.

## AFFIRMATIVE DEFENSES

Defendants make the following allegations as affirmative defenses without admitting that it bears the burden of persuasion or presentation of evidence on each or any of these matters.

## FIRST AFFIRMATIVE DEFENSE

1. The Complaint, in whole or in part, fails to state a claim upon which relief can be granted.

## SECOND AFFIRMATIVE DEFENSE

2. At no time material hereto did any of the Defendants act in a willful, wanton, reckless, and/or malicious manner or with reckless disregard of the applicable laws.

## NINTH AFFIRMATIVE DEFENSE

9. Defendants are not "employers" under the Fair Labor Standards Act of 1938, 29 U.S.C. § 201 et. seq. ("FLSA").

## TENTH AFFIRMATIVE DEFENSE

10. Plaintiff's claims are barred because Defendants never employed the Plaintiff.

## ELEVENTH AFFIRMATIVE DEFENSE

11. Plaintiff's claims are barred because Defendants are not successors of the Corporate Non-Defendants.

## TWELFTH AFFIRMATIVE DEFENSE

12. Plaintiff's claims are barred because Plaintiff's alleged employment ended prior to the date Defendants became the owners\operators of the business.

of the Defendants.

### THIRTEENTH AFFIRMATIVE DEFENSE

13. Plaintiff's claims fail to state a claim upon which compensatory, punitive, or liquidated damages may be granted.

### SEVENTEENTH AFFIRMATIVE DEFENSE

17. An award of liquidated damages would be an unconstitutional denial of Defendants' rights to due process and/or equal protection under the Fifth and Fourteenth Amendments to the United States Constitution.

### EIGHTEENTH AFFIRMATIVE DEFENSE

18. Plaintiff's claims are barred, in whole or in part, as the corporate Defendant fails to satisfy the $500,000 gross income threshold required by the FLSA.

### NINETHEENTH AFFIRMATIVE DEFENSE

19. Pursuant to the Purchase Agreement and Bill of Sale, the corporate non-defendants are obligated to defend and indemnify Defendants for the claims asserted in this action by Plaintiff.

### ADDITIONAL DEFENSES

20. Defendants reserve the right to raise any additional defenses as may be found to be merited during the course of discovery in, or trial of, this action, including without limitation any equitable defenses. Defendants reserve the right to file a Third-Party Complaint against the corporate non-defendants.

**WHEREFORE,** Defendants-Third Party Plaintiffs respectfully request that this Court enter judgment in their favor, dismiss the Complaint with prejudice, award Defendants their costs, attorney's fees, and expenses, and grant such other relief as this Court deems proper and just.

## THIRD PARTY COMPLAINT

### FIRST COUNT
### (DEFENSE AND INDEMNIFICATION)

Defendants- Third Party Plaintiffs JC MASTER NIU INC d\b\a Taste of North China, XIN LI NIU a\k\a Xinli Niu, a\k\a Linda Niu, WANG ZIXIN a\k\a Wang Zi Xin, and ALEX" DOE" (collectively "Defendants-Third Party Plaintiffs") by way of Third-Party Complaint state:

1.      There is currently pending in the United States District Court, District of New Jersey an action captioned Bao Yu Yang v. Taste of North China, LTD et. al., Civil Action No. 19-cv-09392 ("the other pending action").

2.      Third Party Defendants TASTE OF NORTH CHINA, LTD d\b\a Taste of North China, NEW TASTE OF NORTH CHINA INC. d\b\a Taste of North China, NORTH CHINA RESTAURANT, INC. d\b\a Taste of North China, YONGBIN SUN, QIMIN CAL, JIANGGUO ZHAO and "JOHN" WANG are all named as Defendants in the other pending action.

3.      Plaintiff Bao Yu Yang alleges in this action and the other pending action that that he was employed from April 20, 2018, to February 13, 2019.

4.      Third Party Defendants TASTE OF NORTH CHINA, LTD d\b\a Taste of North China, NEW TASTE OF NORTH CHINA INC. d\b\a Taste of North China, and NORTH CHINA RESTAURANT, INC. d\b\a Taste of North China ("the Corporate Third Party Defendants") were at all relevant times corporations duly organized under the laws of the State of New York with a principal place of business at 75 Montgomery Street, Jersey City, New Jersey 07302.

5.      At all relevant times, the Corporate Third-Party Defendants owned and operated the restaurant known as Taste of North China at 75 Montgomery Street, Jersey City, New Jersey 07302.

6.      At all relevant times, Third Party Defendants ("the Individual Third-Party Defendants")

YONGBIN SUN, QIMIN CAL, JIANGGUO ZHAO and "JOHN" WANG were owners, managers and\or operators of the restaurant known as Taste of North China and constituted employers under the FLSA and NYLL.

7. Third Party Plaintiff JC MASTER NIU, INC. entered into a Purchase Agreement dated January 3, 2020 with Third Party Defendant NEW TASTE OF NORTH CHINA INC. to purchase the assets of the restaurant business located at 75 Montgomery Street, Jersey City, New Jersey 07302.

8. The Purchase Agreement was signed by Third Party Defendant JIANGUO ZHAO on behalf of NEW TASTE OF NORTH CHINA INC. as the Seller.

9. The Purchase Agreement includes "Representations and Warranties of Seller," including

> No Liens, Encumbrances, Judgments, Security Interest, Claims, etc. Other than expressly shown herein and agreed to the Seller represents that there are no other liens, encumbrances, judgments, security interest or claims against the Lease, or any of the Company's assets being conveyed. Buyer is not assuming any liability or obligation of any nature of Seller, whether absolute, accrued, liquidated, or unliquidated, disputed, contingent, or otherwise, and whether due or to become due, and Buyer shall not be subject to any such liabilities or obligations.

10. The Purchase Agreement includes an "Indemnification" clause which provides:

> Indemnification   Seller agrees to indemnify and hold the Buyer harmless from and against any and all obligations, liabilities, losses, damages, and claims, including attorney's fees, arising out of any/or from the conduct of business prior to the date of closing. * * * This shall survive the closing.

11. The Rider to the Purchase Agreement provides:

> The warranties and covenants contained herein shall survive the delivery of Bill of Sale and become a part thereof and continue in full forth (sic) as though set forth at length herein.

12. The Rider to the Purchase Agreement provides:

> Seller further indemnifies and agrees to defend and hold Buyer harmless from all liens, debts, claims, judgments, or damage incurred prior to the closing of sale.

13. The closing for the purchase of the assets of the restaurant occurred on February14, 2020.

The Bill of Sale, signed on that date by Third Party Defendant JIANGUO ZHAO on behalf of Third-Party Defendant NEW TASTE OF NORTH CHINA INC. states:

> The warranties and covenants contained in the agreement heretofore entered into between the Transferor and Transferee dated January 3, 2020, shall survive this Bill of Sale, and become a part hereof and shall continue in full force and effect as though herein set forth fully and at length.

14. The Complaint in the action captioned <u>Bao Yu Yang v. Taste of North China, LTD et. al..</u>, Civil Action No. 19-cv-09392 was filed on April 8, 2019, and was an existing claim obligation, liability, and\or debt of Third-Party Defendant NEW TASTE OF NORTH CHINA INC. at the time of the Purchase Agreement and the Bill of Sale.

15. The existence of the action captioned <u>Bao Yu Yang v. Taste of North China, LTD et. al..</u>, Civil Action No. 19-cv-09392 was never disclosed by the Seller, Third Party Defendant NEW TASTE OF NORTH CHINA INC. to the Buyer, JC MASTER NIU, INC. at any time before or after the closing.

16. The action captioned <u>Bao Yu Yang v. Taste of North China, LTD et. al..</u>, Civil Action No. 19-cv-09392 is a claim, obligation, liability and\or debt that arose out of the operation of the restaurant by Third Party Defendant NEW TASTE OF NORTH CHINA INC. prior to closing.

17. Pursuant to the aforesaid terms of the Purchase Agreement and the Bill of Sale, Third Party Defendant NEW TASTE OF NORTH CHINA INC. is obligated to defend, hold harmless and indemnify, including attorney's fees, Third Party Plaintiff JC Master Niu, Inc. for any and all claims asserted against Third Party Defendant JC MASTER NIU, INC. in the within action.

**WHEREFORE**, Third Party Plaintiff JC MASTER NIU, INC. demands judgment against Third Party Defendant NEW TASTE OF NORTH CHINA INC. for indemnification with regard to all liability and damages which may be assessed against them in this action, and for Third Party Plaintiff JC Master, Inc's attorneys' fees and litigation costs.

## SECOND COUNT
## (FRAUD)

18. Third Party Defendants repeat and reallege the allegations set forth above in paragraphs 1 through 17 as though set forth at full length herein.

19. The failure of Third-Party Defendant NEW TASTE OF NORTH CHINA INC. to disclose the existence of the pending action captioned <u>Bao Yu Yang v. Taste of North China, LTD et. al..</u>, Civil Action No. 19-cv-09392 to Third Party Plaintiff JC MASTER NIU, INC. at or prior to closing constitutes fraud.

20. As a result of the Third-Party Defendant's fraud, Third Party Plaintiff has sustained damages, including but not limited to attorney's fees and costs to defend the within action, and any liability that Third Party Plaintiff may be determined to have to Plaintiff in the within action.

**WHEREFORE**, Third Party Plaintiff JC MASTER NIU, INC. demands judgment against Third Party Defendant TASTE OF NORTH CHINA INC. for compensatory damages, including but not limited to costs of defense, including attorney's fees, and indemnification for any and all liability Third Party Plaintiff JC Master, Inc. is determined to have to Plaintiff in this action, and punitive damages.

## THIRD COUNT
## (CONTRIBUTION AND INDEMNIFICATION)

21. Third Party Plaintiffs repeat and reallege the allegations set forth above in paragraphs 1 through 20 as though set forth at full length herein.

22. Based on Federal Rule of Civil Procedure 13 (g), Defendants-Third Party Plaintiffs JC MASTER NIU INC d\b\a Taste of North China, XIN LI NIU a\k\a Xinli Niu, a\k\a Linda Niu, WANG ZIXIN  a\k\a Wang Zi Xin, and ALEX"DOE" , while denying all liability to Plaintiff, hereby demand contribution and indemnity from Third Party Defendants TASTE OF NORTH CHINA, LTD d\b\a Taste of North China, NEW TASTE OF NORTH CHINA INC. d\b\a Taste of

North China, NORTH CHINA RESTAURANT, INC. d\b\a Taste of North China, YONGBIN SUN, QIMIN CAL, JIANGGUO ZHAO and "JOHN" WANG with regard to all liability and damages which may be assessed against them in this case, and for Third Party Plaintiffs' attorneys' fees and litigation costs. Such demands are made pursuant to the New Jersey Joint Tortfeasors Contribution Law, the New Jersey Comparative Negligence Act, and any applicable common law obligations.

**WHEREFORE**, Third Party Plaintiffs JC MASTER NIU INC d\b\a Taste of North China, XIN LI NIU a\k\a Xinli Niu, a\k\a Linda Niu, WANG ZIXIN a\k\a Wang Zi Xin, and ALEX"DOE" demand judgment against Third Party Defendants TASTE OF NORTH CHINA, LTD d\b\a Taste of North China, NEW TASTE OF NORTH CHINA INC. d\b\a Taste of North China, NORTH CHINA RESTAURANT, INC. d\b\a Taste of North China, YONGBIN SUN, QIMIN CAL, JIANGGUO ZHAO and "JOHN" WANG for contribution and\or indemnification for any and all liability and damages that may be assessed against them in this case, and for Third Party Plaintiffs' attorneys' fees and litigation costs.

## NOTICE OF ALLOCATION AND CREDIT

Third Party Plaintiffs JC MASTER NIU INC d\b\a Taste of North China, XIN LI NIU a\k\a Xinli Niu, a\k\a Linda Niu, WANG ZIXIN a\k\a Wang Zi Xin, and ALEX"DOE" advises that if any Third Party Defendant presently or hereafter named, who are not represented by this law firm, settle the within matter prior to the conclusion of trial, the liability of any settling Third Party Defendant shall remain at issue and Third Party Plaintiffs shall seek an allocation of the percentage of liability by the finder of fact against such settling Third Party Defendants and\or a credit in favor of Third Party Plaintiffs consistent with such allocation.

## PRAYER FOR RELIEF

WHEREFORE, Third Party Plaintiffs JC MASTER NIU INC d\b\a Taste of North

China, XIN LI NIU a\k\a Xinli Niu, a\k\a Linda Niu, WANG ZIXIN a\k\a Wang Zi Xin, and ALEX"DOE" respectfully request that this Court enter judgment against Third Party Defendants TASTE OF NORTH CHINA, LTD d\b\a Taste of North China, NEW TASTE OF NORTH CHINA INC. d\b\a Taste of North China, NORTH CHINA RESTAURANT, INC. d\b\a Taste of North China, YONGBIN SUN, QIMIN CAL, JIANGGUO ZHAO and "JOHN" WANG and:

(A) Declare that Third Party Defendants TASTE OF NORTH CHINA, LTD d\b\a Taste of North China, NEW TASTE OF NORTH CHINA INC. d\b\a Taste of North China, NORTH CHINA RESTAURANT, INC. d\b\a Taste of North China, YONGBIN SUN, QIMIN CAL, JIANGGUO ZHAO and "JOHN" WANG are bound to indemnify and hold harmless Third Party Plaintiffs JC MASTER NIU INC d\b\a Taste of North China, XIN LI NIU a\k\a Xinli Niu, a\k\a Linda Niu, WANG ZIXIN a\k\a Wang Zi Xin, and ALEX "DOE" for the satisfaction of any judgment rendered in this action against Third Party Plaintiffs;

(B) Declare that Third Party Defendants TASTE OF NORTH CHINA, LTD d\b\a Taste of North China, NEW TASTE OF NORTH CHINA INC. d\b\a Taste of North China, NORTH CHINA RESTAURANT, INC. d\b\a Taste of North China, YONGBIN SUN, QIMIN CAL, JIANGGUO ZHAO and "JOHN" WANG are bound to indemnify and hold harmless Third Party Plaintiffs JC MASTER NIU INC d\b\a Taste of North China, XIN LI NIU a\k\a Xinli Niu, a\k\a Linda Niu, WANG ZIXIN a\k\a Wang Zi Xin, and ALEX "DOE" for any and all attorneys' fees and costs incurred in this action since its inception;

(C) Award as damages to Third Party Plaintiffs JC MASTER NIU INC d\b\a Taste of North China, XIN LI NIU a\k\a Xinli Niu, a\k\a Linda Niu, WANG ZIXIN a\k\a Wang Zi Xin, and ALEX "DOE" their attorneys' fees, costs and expenses incurred during the litigation of this action;

(D) Award Third Party Plaintiffs JC MASTER NIU INC d\b\a Taste of North China,

XIN LI NIU a\k\a Xinli Niu, a\k\a Linda Niu, WANG ZIXIN a\k\a Wang Zi Xin, and ALEX "DOE" such other and further relief as the Court may deem just and proper and to which they are justly entitled.

## DESIGNATION OF TRIAL COUNSEL

The Court is hereby advised that Michael K. Chong, Esq. is designated as trial counsel on behalf of Defendants-Third Party Plaintiffs.

Date: November 19, 2021                                         Law Offices of Michael Chong LLC

*Michael K. Chong*
Michael K. Chong, Esq.
*Attorney for Defendants-*
*Third Party Plaintiffs*

2 Executive Drive, Ste. 240
Fort Lee, NJ 07024
Ph#: (201) 947-5200
Fx#: (201) 708-6676

300 Hudson Street, Ste. 10
Hoboken, NJ 07030
Ph#: (201) 708-6675
Fx#: (201) 708-6676


1250 Broadway, 36th Fl., Ste. 300
New York, NY 10001
Ph#: (212) 726-1104
Fx#: (212) 726-3104
MKC@mkclawgroup.com