UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
-----------------------------------------------------------x
BAO YU YANG,
on his own behalf and on behalf of others similarly situated

                          Plaintiff,
            v.

JC MASTER NIU INC
   d/b/a Taste of North China;
XIN LI NIU
   a/k/a Xinli Niu
   a/k/a Linda Niu,
WANG ZIXIN
   a/k/a Wang Zi Xin, and
ALEX "DOE"

                          Defendants.
-----------------------------------------------------------x

Case No. 21-cv-15394

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO RULE 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for Plaintiff BAO YU YANG (Plaintiff) and Defendants JC MASTER NIU INC d/b/a Taste of North China; XIN LI NIU a/k/a Xinli Niu a/k/a Linda Niu, WANG ZIXIN a/k/a Wang Zi Xin, and ALEX "DOE" (Collectively, "Defendants"), that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed, and that Plaintiff and Defendants in this action, acting through their counsel, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to the Dismissal with Prejudice of all claims herein, with each party to bear its own attorney's fees and costs. This stipulation may be filed without further notice with the Clerk of the Court.

Dated:

By: _____
Aaron Schweitzer, Esq.
Troy Law PLLC
*Attorney for Plaintiff*
41-25 Kissena Boulevard, Suite 110
Flushing, NY 11355
Tel (718) 762-1324

Dated: 1/10/24

By: _____
Michael K. Chong, Esq.
Law Offices of Michael K. Chong, LLC
*Attorney for Defendants*
2 Executive Drive, Suite 240
Fort Lee, New Jersey 07024
Tel (201) 947-5200